UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JAY KENNETTE MEDIA GROUP LLC et al.,<br><br>    Defendants. | Case No.  2:22-cv-04541-SB-JPR<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    On July 25. 2022, Plaintiffs filed proof that Defendants Jay Kennette Media Group LLC, Gooder Labs, LLC, and Kenneth Talbert waived service on July 25, 2022.  Dkt. Nos. 14, 15, 16.  Responsive pleadings were due on September 23, 2022.  None has been filed and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than October 3, 2022, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: September 26, 2022

                                                   Hon. Stanley Blumenfeld, Jr.
                                                   United States District Judge