1  JENNER & BLOCK LLP
2  Andrew J. Thomas (SBN 159533)
   AJThomas@jenner.com
3  Lauren M. Greene (SBN 271397)
4  LGreene@jenner.com
   515 South Flower Street, Suite 3300
5  Los Angeles, CA  90071-2246
6  Telephone:  +1 213 239 5100
   Facsimile:   +1 213 239 5199
7
8  *Attorneys for Plaintiffs*
   *NBCUniversal Media, LLC, Universal Television*
9  *LLC, and Universal Studios Licensing LLC*
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| NBCUniversal Media, LLC, a Delaware limited liability company; Universal Television LLC, a New York limited liability company; and Universal Studios Licensing LLC, a Delaware limited liability company, <br><br>                    Plaintiffs, <br><br>     v. <br><br> Jay Kennette Media Group LLC, a Delaware limited liability company; Gooder Labs, LLC, a Delaware limited liability company; and Kenneth Talbert, an individual, <br><br>                    Defendants. | Case No. 2:22-cv-04541-SB-JPR <br><br> **NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

Pursuant to Paragraph 1(d) of the Court's Standing Order For Civil Cases Assigned To Judge Stanley Blumenfeld, Jr. (Dkt. No. 10), Plaintiffs NBCUniversal Media, LLC, Universal Television LLC, and Universal Studios Licensing LLC ("Plaintiffs" or "NBCU") and Defendants Jay Kennette Media Group LLC, Gooder Labs, LLC, and Kenneth Talbert's ("Defendants"), through their respective undersigned counsel of record in this action, hereby submit this Notice of Settlement to inform the Court that they have reached a settlement of this matter.

After the January 27, 2023 hearing on Defendants' motion to dismiss, the parties resumed discussions of a potential resolution of this matter. In the two weeks that followed, the parties were able to agree to confidential terms that will resolve all claims in this litigation, including Defendants' counterclaims that have not yet been filed.

The parties are diligently working on the documentation required for the settlement. The parties expect that the long-form settlement agreement will be completed within the next thirty (30) days and, once that occurs, the parties will stipulate to the entry of a permanent injunction judgment and submit that to the Court.

Dated: February 14, 2023    JENNER & BLOCK LLP

By: *Andrew J. Thomas*
    Andrew J. Thomas
    Lauren M. Greene

*Attorneys for Plaintiffs
NBCUniversal Media, LLC, Universal Television LLC, and Universal Studios Licensing LLC*

1
NOTICE OF SETTLEMENT

Dated: February 14, 2023				BRAUN IP LAW, LLC

						By: *Jeanette M. Braun*
						Jeanette M. Braun

						Braun IP Law, LLC
						1600 W. Lake Street, Suite 103B
						Addison, IL 60101
						T: 773-504-4036
						docket@brauniplaw.com

						Jordanna Thigpen
						Thigpen Legal, P.C.
						9595 Wilshire Blvd. Suite 961
						Beverly Hills, CA 90212
						T: 310-210-7491
						jt@thigpenlegal.com

						*Attorneys for Defendants*
						*Jay Kennette Media Group LLC, Gooder Labs, LLC, and Kenneth Talbert*

*\*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*