# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| NBCUniversal Media, LLC, a Delaware limited liability company; Universal Television LLC, a New York limited liability company; and Universal Studios Licensing LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br> v.<br><br>Jay Kennette Media Group LLC, a Delaware limited liability company; Gooder Labs, LLC, a Delaware limited liability company; and Kenneth Talbert, an individual,<br><br>     Defendants. | Case No. 2:22-cv-04541-SB-JPR<br><br>**JUDGMENT FOR PERMANENT INJUNCTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT, in accordance with the Stipulation for Entry of Judgment for Permanent Injunction entered into and filed herewith by Plaintiffs NBCUniversal Media, LLC, Universal Television LLC, and Universal Studios Licensing LLC ("Plaintiffs" or "NBCU") and Defendants Jay Kennette Media Group LLC, Gooder Labs, LLC, and Kenneth Talbert ("Defendants") through their respective counsel of record in this action, the Court HEREBY FINDS THAT:

1. On July 1, 2022, Plaintiffs filed a Complaint against Defendants in this action based on Defendants' registration with the United States Patent and Trademark Office and use in commerce of the marks DUNDER MIFFLIN and DILLON FOOTBALL;

2. On July 25, 2022, Defendants waived service of process of the Summons and Complaint in this action;

3. The Complaint seeks, among other things, to enjoin Defendants' use of Plaintiffs' trademarks and trademarks associated with: (i) the television series *The Office* including the mark DUNDER MIFFLIN and its stylized logo (the "DM Marks"), and (ii) the television series *Friday Night Lights* including the marks DILLON FOOTBALL, DILLON PANTHERS, PANTHERS FOOTBALL, DILLON PANTHERS FOOTBALL, EAST DILLON FOOTBALL and stylized logos for each mark (the "FNL Marks");

4. On October 19, 2022, Defendants filed their motion to dismiss Plaintiffs' First Amended Complaint and on January 27, 2023, the Court issued its order denying Defendants' motion to dismiss;

5. Defendants have not filed their answer or counterclaims;

6. Plaintiffs and Defendants have entered into a settlement agreement and have stipulated to the entry by the Court of this Judgment for Permanent Injunction in this action on the terms set forth below (the "Permanent Injunction Judgment");

7. Defendants have agreed to and stipulate to the entering of the Permanent Injunction Judgment as part of settling the controversies between the Parties.

NOW, THEREFORE, THE COURT HEREBY ORDERS, ADJUDGES AND DECREES THAT:

A. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants, their respective parent, subsidiary and affiliated companies, together with their respective officers, directors, principals, owners, partners, shareholders, agents, servants, employees, representatives, successors, assigns, licensees, transferees, attorneys, and all persons in privity with Defendants or with any of the foregoing, or acting in concert or participation with them, or at their direction, or within their control shall be permanently enjoined and restrained from directly or indirectly infringing in any manner NBCU's trademark rights, including without limitation by (a) using in any manner any trademark, service mark, title, trade name, domain name, or trade dress that includes, is confusingly similar to, is a colorable imitation of, or is any other mark likely to cause confusion with the DM Marks or FNL Marks, in connection with the advertising, sale, offering for sale, rental, licensing, exporting, importing, manufacturing or other distribution of any goods or services, including without limitation apparel, hats, paper goods, mugs, branded events, and television series, or related goods or services (the "Enjoined Products"); (b) registering or attempting to register any trademark, service mark, title, trade name, domain name, or trade dress that includes, is confusingly similar to, is a colorable imitation of, or is any other mark likely to cause confusion with DM Marks or FNL Marks, (c) otherwise infringing or diluting the DM Marks or FNL Marks, or unfairly competing with NBCU, or otherwise injuring NBCU's business reputation in any manner; or (d) participating or assisting in any such activity whether occurring within the United States or outside the United States and having a substantial effect on commerce in the United States.

      B.    Defendants shall forthwith provide written notice of the Permanent Injunction Judgment: (1) to each of their respective officers, directors, principals, owners, partners, shareholders, agents, servants, employees, attorneys, representatives, successors, assigns, licensees, transferees, all entities through which they conduct business, and all those acting in concert or participation with each or any of them; and (2) to all distributors, retailers, wholesalers, and other parties that they know or have reason to believe are in possession of any Enjoined Products for purposes of trade. Defendants shall inform these individuals or entities that, in accordance with this Permanent Injunction Judgment, the Enjoined Products are not to be sold, advertised, promoted, marketed, or otherwise distributed, either within the United States or outside the United States. Defendants shall provide a copy of the Permanent Injunction Judgment as part of such notice, which may be transmitted by email.

      C.    All claims, counterclaims, and defenses in this action are hereby resolved by this Permanent Injunction Judgment. The Parties shall each bear their own attorneys' fees and costs of suit in the Action.

      D.    Within thirty (30) days of the date the Court enters the Permanent Injunction Judgment, Defendants shall file and serve a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the Permanent Injunction Judgment, including their obligation to give notice.

      E.    The parties have consented to, and the Court shall retain, continuing jurisdiction for purposes of enforcement of this Permanent Injunction Judgment. Violation of this Permanent Injunction Judgment shall expose Defendants and all other persons bound by the Judgment to all applicable penalties, including contempt of Court.

Dated: March 16, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge