Jeanette M. Braun
Pro Hac Vice Admission
IL Bar No. 6332483
Braun IP Law, LLC
1600 W. Lake Street, Suite 103B
Addison, IL 60101
T: (773) 504-4036
Email: docket@brauniplaw.com

Jordanna G. Thigpen (SBN 232642)
Thigpen Legal, P.C.
9595 Wilshire Blvd. Suite 961
Beverly Hills, CA 90212
T: (310) 210-7491
F: (310) 362-0456
EMAIL:
JT@THIGPENLEGAL.COM

Attorneys for Defendants
Jay Kennette Media Group LLC,
Gooder Labs, LLC, and
Kenneth Talbert

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| NBCUniversal Media, LLC, a Delaware limited liability company; Universal Television LLC, a New York limited liability company; and Universal Studios Licensing LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> Jay Kennette Media Group LLC, a Delaware limited liability company; Gooder Labs, LLC, a Delaware limited liability company; and Kenneth Talbert, an individual, <br><br> Defendants. | Case No. 2:22-cv-04541-SB-JPR <br><br> The Hon. Stanley Blumenfeld, Jr. <br><br> **DEFENDANT JAY KENNETTE MEDIA GROUP LLC, GOODER LABS, LLC, AND KENNETH TALBERT'S REPORT** |

NOW COMES Defendants Jay Kennette Media Group LLC ("JKMG"), Gooder

1

DEFENDANT JAY KENNETTE MEDIA GROUP LLC, GOODER LABS, LLC, AND KENNETH TALBERT'S REPORT

Labs, LLC, ("Gooder"), and Kenneth Talbert ("Talbert"), collectively "Defendants," and hereby submits their Report to comply with the obligation set forth in paragraph D of the Judgment for Permanent Injunction. (Dkt. 75).

## SWORN WRITTEN REPORT

Pursuant to 28 U.S.C. § 1746, I, Kenneth Talbert, declare under penalty of perjury the following:

1. My name is Kenneth Talbert. I am over 18 years of age, of sound mind, and fully competent to make the Sworn Written Statements above and this Declaration. I have personal knowledge of the facts stated in the Sworn Written Statements above.

2. I am the manager of Jay Kennette Media Group LLC ("JKMG") and Gooder Labs, LLC ("Gooder").

3. The information provided in this Sworn Written Report is true and accurate based upon knowledge and information and belief.

4. I have provided written notice of, and verbally discussed the obligations placed on Defendants by, the Permanent Injunction Judgment to each of Defendants' respective officers, directors, principals, owners, partners, shareholders, agents, servants, employees, attorneys, representatives, successors, assigns, licensees, transferees, all entities through which they conduct business, and all those acting in concert or participation with each or any of them.

5. I have provided written notice of the Permanent Injunction Judgment to Defendants' distributors, retailers, wholesalers, and other parties that Defendants know or have reason to believe are in possession of any Enjoined Products for purposes of trade, particularly Amazon.

DEFENDANT JAY KENNETTE MEDIA GROUP LLC, GOODER LABS, LLC, AND KENNETH TALBERT'S REPORT

6. I believe no distributors, retailers, wholesalers, and other parties that Defendants know or have reason to believe are in possession of any Enjoined Products for purposes of trade.

7. I have informed those individuals or entities that, in accordance with this Permanent Injunction Judgment, the Enjoined Products are not to be sold, advertised, promoted, marketed, or otherwise distributed, either within the United States or outside the United States.

8. I have provided a copy of the Permanent Injunction Judgment as part of such notice transmitted by hand delivered hard copy to the each of Defendants' respective officers, directors, principals, owners, partners, shareholders, agents, servants, employees, attorneys, representatives, successors, assigns, licensees, transferees, all entities through which they conduct business, and all those acting in concert or participation with each or any of them.

9. I have provided a copy of the Permanent Injunction Judgment as part of such notice transmitted by email to the distributors, retailers, wholesalers, and other parties that Defendants know or have reason to believe are in possession of any Enjoined Products for purposes of trade, particularly Amazon.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of their statements, declares that all statements made of the signatory's knowledge are true and correct and that all statements made on information and belief are believed to be true.

SPACE INTENTIONALLY LEFT BLANK

3

DEFENDANT JAY KENNETTE MEDIA GROUP LLC, GOODER LABS, LLC, AND KENNETH TALBERT'S REPORT

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 14, 2023

_____
Kenneth Talbert
Manager
Jay Kennette Media Group LLC

Executed: April 14, 2023

_____
Kenneth Talbert
Manager
Gooder Labs, LLC

Executed: April 14, 2023

_____
Kenneth Talbert
Individual

STATE OF TENNESSEE )
COUNTY OF ~~CARTER~~ Washington ) SS

I, Rhiannon Rose, Notary Public, certify the foregoing document was sworn to and subscribed before me by Kenneth Talbert, this 14th day of April, 2023.

_____
Notary Public Signature

My commission expires: 10/01/2024     Notary Seal

[Notary Seal: RHIANNON ROSE, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF WASHINGTON]

5
DEFENDANT JAY KENNETTE MEDIA GROUP LLC, GOODER LABS, LLC, AND KENNETH TALBERT'S REPORT

Dated: April 14, 2023                BRAUN IP LAW, LLC

                                     By: /s/Jeanette M. Braun
                                         Jeanette M. Braun

                                         IL Bar No. 6332483
                                         Braun IP Law, LLC
                                         1600 W. Lake Street, Suite 103B
                                         Addison, IL 60101
                                         (773) 504-4036
                                         jmbraun@brauniplaw.com

                                         Jordanna Thigpen
                                         Thigpen Legal, P.C.
                                         9595 Wilshire Blvd. Suite 961
                                         Beverly Hills, CA 90212
                                         310-210-7491
                                         jt@thigpenlegal.com

                                         *Attorneys for Defendants*
                                         *Jay Kennette Media Group LLC,*
                                         *Gooder Labs, LLC, and*
                                         *Kenneth Talbert*